# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. SIMON,<br><br>               Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>               Defendant. | Case No. EDCV 15-02640-JAK (JEM)<br><br>J U D G M E N T |

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this action is REMANDED for further proceedings in accordance with this Report and Recommendation and with the governing law.

DATED: December 7, 2016

                                              JOHN A. KRONSTADT<br>
                                        UNITED STATES DISTRICT JUDGE