**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Joseph J. Simon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. SIMON,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. EDCV15-02640 JAK (JEM)<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($4,600.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: 2/2/2017

~~THE HONORABLE JOHN A. KRONSTADT~~
~~UNITED STATES DISTRICT JUDGE~~

JOHN E. MCDERMOTT
U.S. MAGISTRATE JUDGE

1